Michael Kind, Esq.
NV Bar No. 13903
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
mkind@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. PASTOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, BANK OF AMERICA, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-02112-GMN-VCF<br><br>**STIPULATION OF DISMISSAL OF BANK OF AMERICA** |

///

///

///

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ROBERT A. PASTOR ("Plaintiff") and Defendant BANK OF AMERICA stipulate to dismiss Bank of America from the above-captioned matter **without prejudice** as to the Plaintiff's claims against Bank of America. Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 1, 2015

| KAZEROUNI LAW GROUP | AKERMAN LLP |
|---|---|
| /s/ Michael Kind_____ | /s/ Matthew Knepper (w/ permission) |
| Michael Kind, Esq. | Matthew Knepper, Esq. |
| 7854 W. Sahara Avenue | 1160 Town Center Drive, Ste. 330 |
| Las Vegas, NV 89117 | Las Vegas, NV 89144 |
| 800-400-6808 | 702.634.5000 |
| Email: mkind@kazlg.com | Email:matthew.knepper@akerman.com |
| Attorney for Plaintiff | Attorney for Bank of America |

IT IS SO ORDERED:

DATED: December 3, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL                           2:15-CV-02112-GMN-VCF

# CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure and LR 5-4, I certify that on the 1st day of December 2015, the foregoing STIPULATION OF DISMISSAL OF BANK OF AMERICA was sent via CM/ECF to:

| | | |
|---|---|---|
| **Matthew I Knepper**<br>matthew.knepper@akerman.com<br><br>**Ariel E. Stern**<br>ariel.stern@akerman.com<br><br>Akerman LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>702-383-8966<br>7026345000 (fax) | representing | **Bank of America, N.A.**,<br>**Bank of America**<br>*(Defendants)* |
| **Bob L. Olson**<br>bolson@swlaw.com<br><br>**Charles E Gianelloni**<br>cgianelloni@swlaw.com<br><br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>702-784-5200<br>702-784-5252 (fax) | representing | **Experian Information Solutions, Inc.**<br>*(Defendant)* |

By: /s/ Michael Kind
Michael Kind, Esq.
NV Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
