Michael Kind, Esq.
NV Bar No. 13903
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
mkind@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. PASTOR,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BANK OF AMERICA, BANK OF AMERICA, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-02112-GMN-VCF<br><br>**STIPULATION OF DISMISSAL OF BANK OF AMERICA, N.A.** |

///

///

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ROBERT A. PASTOR ("Plaintiff") and Defendant BANK OF AMERICA, N.A. stipulate to dismiss Bank of America, N.A. from the above-captioned matter **without prejudice** as to the Plaintiff's claims against Bank of America, N.A. Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 1 2015

| KAZEROUNI LAW GROUP | AKERMAN LLP |
|---|---|
| /s/ Michael Kind_____ | /s/ Matthew Knepper (w/ permission) |
| Michael Kind, Esq. | Matthew Knepper, Esq. |
| 7854 W. Sahara Avenue | 1160 Town Center Drive, Ste. 330 |
| Las Vegas, NV 89117 | Las Vegas, NV 89144 |
| 800-400-6808 | 702.634.5000 |
| Email: mkind@kazlg.com | Email: matthew.knepper@akerman.com |
| Attorney for Plaintiff | Attorney for Bank of America, N.A. |

IT IS SO ORDERED:

DATED: December 3, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL                                        2:15-CV-02112-GMN-VCF

# CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure and LR 5-4, I certify that on the 1st day of December 2015, the foregoing STIPULATION OF DISMISSAL OF BANK OF AMERICA, N.A. was sent via CM/ECF to:

| | | |
|---|---|---|
| **Matthew I Knepper**<br>matthew.knepper@akerman.com<br><br>**Ariel E. Stern**<br>ariel.stern@akerman.com<br><br>Akerman LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>702-383-8966<br>7026345000 (fax) | representing | **Bank of America, N.A.,**<br>**Bank of America**<br>*(Defendant)* |
| **Bob L. Olson**<br>bolson@swlaw.com<br><br>**Charles E Gianelloni**<br>cgianelloni@swlaw.com<br><br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>702-784-5200<br>702-784-5252 (fax) | representing | **Experian Information Solutions, Inc.**<br>*(Defendant)* |

By: /s/ Michael Kind
 Michael Kind, Esq.
 NV Bar No. 13903
 7854 W. Sahara Avenue
 Las Vegas, Nevada 89117

CERTIFICATE OF SERVICE